## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jacqueline  Andrea Payne                        CHAPTER 7
                              Debtor(s)

                                                       BKY. NO. 20-12987 PMM


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.


                                   Respectfully submitted,


                                   /s/Rebecca A. Solarz

                                   Rebecca Solarz
                                   05 Aug 2020, 11:23:38, EDT


                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322