United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 20-12987-pmm

Jacqueline Andrea Payne                                                   Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Andrea Payne, 4587 Jasmine Drive, Center Valley, PA 18034-8509 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14519506 | + | Dyck O'Neal, 3100 Monticello Avenue, Suite 650, Dallas, TX 75205-3502 |
| 14519508 | + | Mariner Finance, 8211 Town center Dr, Nottingham, MD 21236-5904 |
| 14519509 | | Penn State, Office of the Bursar, 103 Sheilds Building, University Park, PA 16802-1200 |
| 14519510 | + | PennyMac, PO Box 514387, Los Angeles CA 90051-4387 |
| 14519511 | + | Private National Mortgage, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14519517 | + | Wells Fargo Dealer Svcs, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Nov 14 2020 06:13:00 | LYNN E. FELDMAN, Feldman Law Offices PC, 221 N. Cedar Crest Blvd., Allentown, PA 18104-4603 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2020 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 14 2020 04:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14519500 | + | EDI: AMEREXPR.COM | Nov 14 2020 06:13:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14519501 | | EDI: BANKAMER.COM | Nov 14 2020 06:13:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14519502 | | EDI: CAPITALONE.COM | Nov 14 2020 06:13:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14519503 | + | EDI: CITICORP.COM | Nov 14 2020 06:13:00 | Citi, Box 6500, Sioux Falls, SD 57117-6500 |
| 14519504 | + | EDI: CITICORP.COM | Nov 14 2020 06:13:00 | Citibank/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14519505 | + | EDI: NAVIENTFKASMDOE.COM | Nov 14 2020 06:13:00 | Dept of Ed/Navient, 123 Justison Street, Wilmington, DE 19801-5360 |
| 14519507 | | EDI: IRS.COM | Nov 14 2020 06:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 14519512 | | EDI: RMSC.COM | Nov 14 2020 06:13:00 | SYNCB/Amazon, PO Box 965015, Orlando FL 32896-5015 |

District/off: 0313-4 | User: admin | Page 2 of 2

Date Rcvd: Nov 13, 2020 | Form ID: 318 | Total Noticed: 27

| | | | |
|---|---|---|---|
| 14519513 | + EDI: RMSC.COM | | |
| | | Nov 14 2020 06:13:00 | SYNCB/HSN, PO Box 965017, Orlando, FL 32896-5017 |
| 14519514 | + EDI: RMSC.COM | | |
| | | Nov 14 2020 06:13:00 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 14519515 | EDI: WFFC.COM | | |
| | | Nov 14 2020 06:13:00 | Wells Fargo Auto, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048 |
| 14519516 | + EDI: WFFC.COM | | |
| | | Nov 14 2020 06:13:00 | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020 | Signature: | /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. ZAC CHRISTMAN | on behalf of Debtor Jacqueline Andrea Payne zac@fisherchristman.com office@fisherchristman.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jacqueline Andrea Payne** | Social Security number or ITIN xxx–xx–2456 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____ EIN __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 20–12987–pmm | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jacqueline Andrea Payne

<u>11/12/20</u>

**By the court:** <u>Patricia M. Mayer</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2